United States District Court
Southern District of Texas
FILED

JAN - 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V PRECIOSA and F/V SAHIMO I, | § | CIVIL ACTION NO. B-02-002 |
| their engines, nets, tackle, | § | |
| and furniture, in rem, and | § | |
| HUGO CARLOS DE LUNA HIGAREDA | § | |
| in personam, Defendants | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the Fishing Vessels PRECIOSA and SAHIMO I, their engines, nets, tackle, apparel, and furniture, *in rem*, and HUGO CARLOS DE LUNA HIGAREDA, *in personam*, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

### PARTIES

1) Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

2) The *in rem* Defendants are Mexican shrimp trawlers which are registered under laws of Mexico, and may be served with process by serving the vessels in Port Isabel, Texas.

3) The in personam Defendant is a resident of Mexico, and is, upon information and belief, the owner of the shrimp trawlers which are the *in rem* Defendants in this action.

## II.

## JURISDICTION AND VENUE

4)   This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) and Supplemental Rules B and C of the Federal Rules Of Civil Procedure.  This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333.  The defendant vessels are or will be during the pendency of this process within this district and within the jurisdiction of this Court.

## III.

## FACTS OF THE CASE

4)   Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

5)   Beginning on or about October 30, 2000 and continuing through October 31, 2001, Plaintiff, at the instance and request by the owner/masters of the F/V PRECIOSA and F/V SAHIMO I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to the Defendant and the Defendant vessels. Plaintiff delivered to the owner/masters of each vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the following amounts, including interest through December 31, 2001, have not been paid to Plaintiff, despite the demand.  True copies of the invoices are attached hereto as EXHIBITS A through G and made a part hereof for

all purposes.  Plaintiff would further show that the defendants owe the following amounts:

| | |
|---|---|
| PRECIOSA | $18,554.68 |
| SAHIMO | $16,334.10 |
| TOTAL ------ | $34,888.78 |

6)    Plaintiff has and claims a maritime lien against each of the above-named vessels in the respective amounts set forth above, which claims total in the aggregate THIRTY-FOUR THOUSAND EIGHT HUNDRED EIGHTY-EIGHT & 76/100 DOLLARS ($34,888.78), including interest through December 31, 2001, and which interest shall continue to accrue on each account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of any of the subject vessels.

7)    Plaintiff has made claim upon the in rem and in personam defendants and has requested that such accounts be paid.  Despite due demand, the Defendants have failed to pay the accounts and Plaintiff is entitled to judgment against such Defendants for the amounts set forth above.

8)    Defendant HUGO CARLOS DE LUNA HIGAREDA cannot be found within the jurisdiction of this Court and, as such, Plaintiff would request that a writ of attachment issue commanding the attachment of any properties belonging to such Defendant, pursuant to the provisions of Supplemental Rule B of the Federal Rules of Civil Procedure.

## IV.

## ATTORNEYS' FEES

9)    Plaintiff would further show the court that by reason of the Defendants' willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said accounts.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A.    that process in due form of law be issued against the Defendant vessels, F/V PREIOSA and F/V SAHIMO, their engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, in rem, and HUGO CARLOS DE LUNA HIGAREDA, in personam, and that any person claiming any right, title or interest in said Vessels be cited to appear and answer this Complaint;

B.    that process in due form of law be issued against Defendant HUGO CARLOS DE LUNA HIGAREDA, and that a writ of attachment be issued against personal property owned by Defendant HUGO CARLOS DE LUNA HIGAREDA, including the shrimp trawlers owned by such Defendant, which trawlers are or may come within the jurisdiction of this Court.

C.    Plaintiff have judgment against the Defendant HUGO CARLOS DE LUNA HIGAREDA in the event of a deficiency resulting from the foreclosure of the Vessels and subsequent sale of same at a price insufficient to extinguish all indebtedness and related expenses and charges;

D.    that Plaintiff have pre- and post-judgment interest as provided by law and costs of suit;

E.    that Plaintiff have such other and further relief to which it may be justly entitled.

                              Respectfully submitted,

                        By: _____
                              Dennis Sanchez
                              State Bar No. 17569600
                              Fed. Admn. #1594

OF COUNSEL:
SANCHEZ, WHITTINGTON, JANIS
     & ZABARTE, L.L.P.
Dennis Sanchez
100 North Expressway 83
Brownsville, Texas  78521
Telephone:        (956) 546-3731
Fax:              (956) 546-3765/66
ATTORNEYS FOR PLAINTIFF

## VERIFICATION

THE STATE OF TEXAS    §

COUNTY OF CAMERON     §

      BEFORE ME, the undersigned authority, on this day personally appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., who, being by me first duly sworn, deposed and said:

1.     My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered action. I have read the foregoing Complaint and the contents thereof are true and correct to the best of my own personal knowledge and belief.

2.     To the best of my information and belief, the Defendant, HUGO CARLOS DE LUNA HIGAREDA, (i) cannot be found within the Southern District of Texas, (ii) is a Mexican citizen and resident of Mexico with his principal place of business and residence in Tampico, Mexico, (iii) does not have any real or personal property within the Southern District of Texas, and (iv) owns the shrimp trawlers named in this lawsuit, which trawlers are currently within or soon to be in the jurisdiction of the Southern District of Texas.

FURTHER AFFIANT SAITH NOT.

 

_____
DAVID EYMARD, President
VALLEY ICE & FUEL CO., INC.

 

      SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand and seal of office this _8th_ day of January, 2002.

_____
Notary Public, State of Texas

CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

1/7/02 at 14 44.53 12                                                                                    Page: 1

Valley Ice & Fuel Co., Inc.
### Customer Ledgers
For the Period From Oct 30, 2000 to Jan 7, 2002

Filter Criteria includes: 1) IDs from LU1PRE to LU1SAH. Report order is by ID. Report is printed in Detail Format

| Customer ID / Customer | Date | Trans No | Typ | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| **LU1PRE** | 10/30/00 | 9888 | SJ | 19,051.20 | | 19,051 20 |
| M/V PRECIOSA MEXICAN B | 11/30/00 | FCBUU00151 | SJ | 283 16 | | 19,334 36 |
| | 12/31/00 | FCCVU00121 | SJ | 283.16 | | 19,617 52 |
| | 1/31/01 | FC1VV00113 | SJ | 283.16 | | 19,900.68 |
| | 2/2/01 | 11140 | SJ | 15,514 56 | | 35,415.24 |
| | 2/7/01 | TRAN 02072001A | CRJ | | 14,787.31 | 20,627.93 |
| | 2/7/01 | TRAN 02072001B | CRJ | 425.00 | 425.00 | 20,627 93 |
| | 2/28/01 | FC2SV00099 | SJ | 68 65 | | 20,696.58 |
| | 3/1/01 | DISC 03012001A | CRJ | | 727 25 | 19,969.33 |
| | 3/1/01 | CREDIT 0301200 | CRJ | | 9.77 | 19,959 56 |
| | 3/31/01 | FC3VV00102 | SJ | 295 78 | | 20,255 34 |
| | 4/1/01 | CREDIT 0401200 | CRJ | | 230.59 | 20,024.75 |
| | 4/9/01 | 11914 | SJ | 14,904.11 | | 34,928.86 |
| | 4/16/01 | TRAN 04162001A | CRJ | 793 71 | 793 71 | 34,928 86 |
| | 4/16/01 | TRAN 04162001A | CRJ | | 14,904.11 | 20,024 75 |
| | 4/30/01 | FC4UV00107 | SJ | 286.24 | | 20,310 99 |
| | 5/31/01 | FC5VV00119 | SJ | 295 78 | | 20,606 77 |
| | 6/30/01 | FC6UV00087 | SJ | 286.24 | | 20,893 01 |
| | 7/20/01 | 13306 | SJ | 13,322.93 | | 34,215.94 |
| | 7/24/01 | TRAN 07242001A | CRJ | 726.71 | 726 71 | 34,215.94 |
| | 7/24/01 | TRAN 07242001A | CRJ | | 13,322.93 | 20,893 01 |
| | 7/31/01 | FC7VV00085 | SJ | 295.78 | | 21,188.79 |
| | 8/31/01 | FC8VV00097 | SJ | 295.78 | | 21,484 57 |
| | 9/30/01 | FC9UV00112 | SJ | 286.24 | | 21,770.81 |
| | 10/5/01 | TRAN 10052001B | CRJ | | 4,000.00 | 17,770.81 |
| | 10/25/01 | 14927 | SJ | 12,549.61 | | 30,320.42 |
| | 10/31/01 | TRAN 10312001A | CRJ | 747 99 | 747.99 | 30,320.42 |
| | 10/31/01 | TRAN 10312001A | CRJ | | 12,549 61 | 17,770 81 |
| | 10/31/01 | FCAVV00118 | SJ | 264.13 | | 18,034.94 |
| | 11/30/01 | FCBUV00114 | SJ | 255.61 | | 18,290 55 |
| | 12/31/01 | FCCVV00119 | SJ | 264 13 | | 18,554.68 |
| | | | | | | |
| **LU1SAH** | 10/30/00 | Balance Fwd | | | | 13,168.71 |
| M/V SAHIMO I MEXICAN B | 10/31/00 | FCAVU00134 | SJ | 191 59 | | 13,360 30 |
| | 11/8/00 | TRAN 11082000A | CRJ | | 13,360.30 | 0 00 |
| | 11/8/00 | 10005 | SJ | 16,988.69 | | 16,988 69 |
| | 12/31/70 | FCCVU00122 | SJ | 431.70 | | 17,420.39 |
| | 1/31/01 | FC1VV00114 | SJ | 252.50 | | 17,672 89 |
| | 2/28/01 | FC2SV00100 | SJ | 228.07 | | 17,900.96 |
| | 3/31/01 | FC3VV00103 | SJ | 252.50 | | 18,153 46 |
| | 4/3/01 | 11854 | SJ | 13,071.06 | | 31,224.52 |
| | 4/4/01 | TRAN 04042001B | CRJ | 1.53 | 1 53 | 31,224 52 |
| | 4/4/01 | TRAN 04042001B | CRJ | | 13,071.06 | 18,153.46 |
| | 4/30/01 | FC4UV00108 | SJ | 244.36 | | 18,397.82 |
| | 5/31/01 | FC5VV00120 | SJ | 252.50 | | 18,650.32 |
| | 6/30/01 | FC6UV00088 | SJ | 244.36 | | 18,894 68 |
| | 7/20/01 | 13309 | SJ | 10,750.67 | | 29,645.35 |
| | 7/24/01 | TRAN 07242001B | CRJ | 565.97 | 565.97 | 29,645.35 |
| | 7/24/01 | TRAN 07242001B | CRJ | | 10,750.67 | 18,894.68 |
| | 7/31/01 | FC7VV00086 | SJ | 252.50 | | 19,147.18 |
| | 8/31/01 | FC8VV00098 | SJ | 252.50 | | 19,399.68 |
| | 9/30/01 | FC9UV00113 | SJ | 244 36 | | 19,644.04 |
| | 10/5/01 | TRAN 10052001C | CRJ | | 4,000.00 | 15,644.04 |
| | 10/31/01 | FCAVV00119 | SJ | 232.52 | | 15,876.56 |
| | 11/27/01 | 15318 | SJ | 10,564.85 | | 26,441.41 |
| | 11/29/01 | TRAN 11292001A | CRJ | 692.01 | 692.01 | 26,441.41 |
| | 11/29/01 | TRAN 11292001A | CRJ | | 10,564.85 | 15,876.56 |
| | 11/30/01 | FCBUV00115 | SJ | 225 02 | | 16,101 58 |
| | 12/31/01 | FCCVV00120 | SJ | 232.52 | | 16,334 10 |

EXHIBIT   A

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**

Invoice Number

HC-70, Box 14
Brownsville, TX  78521

988:

Invoice Date

Oct 30, 200(

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page

1

Duplicate

Sold To:

Ship to:

M/V PRECIOSA MEXICAN BOAT
HERIBERTO JARA # 1054
COL MORELOS
TAMPICO, TAMP., MX
LUHH-640507-4Y4

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| LU1PRE | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 10/30/00 | 11/29/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 17,640.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALES ORDER 5420 | 1.0800 | 19,051.20 |

| | |
|---|---|
| Subtotal | 19,051.20 |
| Sales Tax | |
| Total Invoice Amount | 19,051.20 |
| Payment Received | 0.00 |
| TOTAL | 2,256.25 |

Check No:    Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____, la cantidad de $ _____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

EXHIBIT B

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

| Phone: | (956) 831-4123 |
|--------|----------------|
| Fax:   | (956) 831-7860 |

# INVOICE

**Invoice Number:**
5420
**Invoice Date:**
10-30-0?
**Page:**

**Sold To:**

**Ship To:** M/V PRECIOSA

| Customer ID | Customer PO | Payment Terms | |
|-------------|-------------|---------------|---|
| | | | |
| **Sales Rep ID** | **Shipping Method** | **Customer PO** | **Due Date** |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
| 17,640 | GLS | High Sulfur Diesel | | |

**Check No.:**

5969250   6151005
5960699   6141916
8551        9089

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF  1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el día** _____ **en** _____ **la cantidad de $** _____ , _____ **Dólares de Estados Unidos de Norteamérica, valor recibído a mi entera satisfacción.** _____ , **Capitán o Patrón de la embarcación** _____ **propiedad de** _____ .

_____
**(firma)**

EXHIBIT  C

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX  78521

Invoice

Invoice Number

11140

Invoice Date

Feb 2, 200

Page

1

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Duplicate

**Sold To:**

M/V PRECIOSA MEXICAN BOAT
HERIBERTO JARA # 1054
COL MORELOS
TAMPICO, TAMP., MX
LUHH-640507-4Y4

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| LU1PRE | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 2/2/01 | 3/4/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 16,161.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALES ORDER 6161 / 2946 | 0.9600 | 15,514.56 |

| | | |
|---|---|---|
| Subtotal | | 15,514.56 |
| Sales Tax | | |
| Total Invoice Amount | | 15,514.56 |
| Payment Received | | 0.00 |
| TOTAL | | 15,514.56 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en**

_____ **la cantidad de $** _____ ,

_____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.**

_____ , **Capitan o Patron de la embarcacion**

_____ **propiedad de** _____ .

_____

**( firma )**

EXHIBIT D

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

# INVOICE

**Invoice Number:**
GIGI

**Invoice Date:**
2-2-01

**Page:**

| Phone: | (956) 831-4123 |
|--------|----------------|
| Fax:   | (956) 831-7860 |

**Sold To:**

**Ship To:** M/V PRECIOSA

| Customer ID | Customer PO | Payment Terms | |
|-------------|-------------|---------------|---|
| | | | |
| **Sales Rep ID** | **Shipping Method** | **Customer PO** | **Due Date** |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
| 16,161 | GLS | High Sulfur Diesel | | |
| | | | | |
| | | | | |

**Check No.:**

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

5483222    6628790
6475037    6620814
8185        7976

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al
Sr. David E. Eymard, el día _____ en
_____ la cantidad de $_____,
_____ Dólares de Estados Unidos de
Norteamérica, valor recibído a mi entera satisfacción.
_____, Capitán o Patrón de la embarcación
_____ propiedad de _____.**

_____
**(firma)**

EXHIBIT E

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice

Invoice Number

1000:

Invoice Date

Nov 8, 200(

Page

1

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Duplicate

**Sold To:**

M/V SAHIMO I MEXICAN BOAT
HERIBERTO JARA # 1054
COL MORELOS
TAMPICO, TAMP., MX
LUHH-640507-4Y4

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| LU1SAH | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/8/00 | 12/8/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15,813.00 | GALLON | DIESEL/HS/OFF ROAD | 1.0450 | 16,524.59 |
| 104.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 436.80 |
| | | SALES ORDER 5531 | | |

Check No:    TRAN

| | |
|---|---|
| Subtotal | 16,961.39 |
| Sales Tax | 27.30 |
| Total Invoice Amount | 16,988.69 |
| Payment Received | 0.00 |
| TOTAL | 15,644.04 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $** _____, _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____**propiedad de** _____.

_____
**( firma )**

*EXHIBIT F*

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Phone:        (956) 831-4123
Fax:          (956) 831-7860

## INVOIC:

**Invoice Number**

5531

**Invoice Date**

11-8-00

Page

Sold To:                                Ship To: M/V SAHIMO I

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| | | | | |
| **Sales Rep ID** | **Shipping Method** | | **Customer PO** | **Due Date** |
| | | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15,813 | GLS | High Sulfur Diesel | | |
| 104 | GLS | HP 40 | | |
| | | | | |

Check No.:

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Us

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

6054597        6230735
6046269        6223250
8828              7485

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF  1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al
Sr. David E. Eymard, el día** _____ **en**
_____ **la cantidad de $_____,**
_____ **Dólares de Estados Unidos de
Norteamérica, valor recibído a mi entera satisfacción.**
_____, **Capitán o Patrón de la embarcación**
_____ **propiedad de** _____.

(firma)

EXHIBIT  G