2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN - 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V PRECIOSA and F/V SAHIMO I, | § | B -02 - 002 |
| their engines, nets, tackle, | § | CIVIL ACTION NO. _____ |
| apparel, and furniture, in rem, | § | |
| and HUGO CARLOS DE LUNA HIGARERAS | § | |
| in personam | § | |
| Defendants | § | |

## AGREEMENT OF INDEMNITY

Plaintiff, VALLEY ICE & FUEL CO., INC., a Texas corporation

with its principal place of business being located in Cameron

County, Texas, hereby agrees to indemnify and hold harmless the U.

S. Marshal of the Southern District of Texas, United States of

America, any deputy, agent, servant, employee and the surety or

sureties on the official bond of said U. S. Marshal, from and

against all claims, demands and causes of action, direct or

indirect, of every kind and character whatsoever, arising, directly

or indirectly, by reason of the service of a Warrant of Arrest of

the Defendant Vessels, F/V PRECIOSA and F/V SAHIMO I, their

engines, nets, tackle, apparel, and furniture, **in rem**, and the

subsequent re-delivery of possession of the subject Vessels to the

care and custody of Marine Salvage & Services, Inc. at its facility

in

Isabel, Texas, and agrees to reimburse the aforesaid, or any of them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this ___8___ day of January, 2002.

VALLEY ICE & FUEL CO., INC.,
Plaintiff

By: _____
    DAVID EYMARD, President

### ACKNOWLEDGMENT

THE STATE OF TEXAS      §

COUNTY OF CAMERON       §

This instrument was acknowledged before me on the _8th_ day of January, 2002 by DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., a Texas corporation.

_____
Notary Public, State of Texas

My Commission Expires:



CHRISTINA LOGAN
Notary Public, State of Texas
My Commission Expires
June 14, 2005

---

Agreement of Indemnity