4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V PRECIOSA and F/V SAHIMO I, § | |
| their engines, nets, tackle, § | CIVIL ACTION NO.  B-02-002 |
| apparel, and furniture, <u>in rem</u>, § | |
| and HUGO CARLOS DE LUNA HIGARERAS § | |
| <u>in personam</u> § | |
| Defendants § | |

ORDER OF DISMISSAL

THIS COURT having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, HUGO CARLOS DE LUNA HIGARERAS, *in personam*, and the F/V PECIOSA and the F/V SAHIMO I, ETC., *in rem*, and that there is no further need for litigation of this matter as between Plaintiff and Defendants, it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against all parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this 24 day of Jay, 2002.

_____
JUDGE PRESIDING